UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| AMBER LEIGH WHITE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C21-5607-SKV<br><br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the administrative law judge will:

- Reevaluate Plaintiff's subjective allegations;
- Reevaluate the opinion evidence, including the opinion of Dr. Dujela in accordance with 20 C.F.R. § 404.1520c;
- Reevaluate the residual functional capacity;
- Continue the sequential evaluation process and, if warranted, obtain supplemental vocational expert evidence; and
- Issue a new decision.

Page 1      ORDER - [C21-5607-SKV]

Upon proper presentation, this Court will consider Plaintiff's application for reasonable attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 13th day of January 2022.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Frederick Fripps
FREDERICK FRIPPS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3892
Fax: (206) 615-2531
frederick.fripps@ssa.gov